UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY(TRENTON)

| | |
|---|---|
| JOHN JAVAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LVNV FUNDING, LLC, NIAGARA CREDIT SOLUTIONS, INC. and FRANK SALVINI,<br><br>    Defendants. | Civil Action<br><br>Docket No.: 3:15-cv-03347-PGS-LHG |

**JOINT REPORT OF THE PARTIES PURUANT TO THE COURT'S LETTER ORDER DATED AUGUST 11, 2015**

    Plaintiff, John Javan, on behalf of himself and all others similarly situated, by and through his Counsel, The Wolf Law Firm, LLC and The Law Office of Christopher J. McGinn and Defendants, LVNV Funding, LLC, Niagara Credit Solutions, Inc and Frank Salvinia, all collectively represented by Clark Hill, PLC, hereby submit this Joint Report to the Court in regard to the mediation of the above captioned matter.

    1.    The parties have agreed to the Honorable (Ret.) Diane M. Welsh, 1717 Arch Street, Suite 3810, Philadelphia, PA 19103 as the mediator;

    2.    The parties have agreed to a mediation date of October 26, 2015;

Respectfully Submitted,

*s/ Christopher J. McGinn*
The Law Office of Christopher J. McGinn
75 Raritan Ave. - Suite 220
Highland Park, NJ 08904
Tel: (732) 937-9400
Fax: (800) 931-2408
cjmcginn@njconsumerprotection.com


*s/Joann Needleman*
Joann Needleman, Esq.
jneedleman@clarkhill.com

*s/Steven M. Richman, Esq.*
Steven M. Richman, Esq.
srichman@clarkhill.com

Clark Hill PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103
215.640.8536 (direct)
215.640.8501 (fax)]
*Attorneys for Defendants*

Date:  August 17, 2015